IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER A. ABELS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 10-1550 |
| DISH NETWORK SERVICE, LLC,<br>    Defendant. | )<br>)<br>) |

## **O R D E R**

AND NOW, this 30th day of January, 2012, after the plaintiff, Peter A. Abels, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant, DISH Network Service, LLC, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 42), which is adopted as the opinion of this Court,

  IT IS ORDERED that defendant's motion for summary judgment (Docket No. 30) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/Terrence F. McVerry
United States District Judge


cc: **Timothy M. Kolman**
Email: timothykolman@earthlink.net

**George Basara, Esquire**
Email: george.basara@bipc.com
**Bethany C. Salvatore, Esquire**
Email: bethany.salvatore@bipc.com
**Erin J. McLaughlin, Esquire**
Email: erin.mclaughlin@bipc.com
**Mariah L Passarelli, Esquire**
Email: mariah.passarelli@bipc.com